# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES JAMES,** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 23-1918** |
| **v.** | : | |
| | : | |
| **J.P. MORGAN CHASE BANK,** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 3rd day of September 2025, upon consideration of Defendant J.P. Morgan Chase Bank's *motion for summary judgement*, (ECF 46), Plaintiff Charles James' response in opposition thereto, (ECF 48), and Defendant's reply, (ECF 51), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion for summary judgment is **GRANTED**.  Accordingly, **JUDGMENT** is entered in favor of Defendant J.P. Mogan Chase Bank and against Plaintiff Charles James.

                                          **BY THE COURT:**

                                          */s/ Nitza I. Quiñones Alejandro*
                                          **NITZA I. QUIÑONES ALEJANDRO**
                                          *Judge, United States District Court*